

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings, L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

The reporter's record in this appeal was originally due September 24, 2018. The court reporter, Leticia Escamilla, has filed a sixth notice of late record, requesting another extension to file the reporter's record. For purposes of this order, we take judicial notice of our records in *Serna v. State*, No. 04-18-00623-CR. In that case, our records show Ms. Escamilla has requested and received numerous extensions to file the reporter's record in that case as well.

We **ORDER** the court reporter, Leticia Escamilla, to file all remaining volumes of the reporter's record in this case no later than 14 days after she files the reporter's record in *Serna v. State*, No. 04-18-00623-CR. No further extensions will be granted. Because Ms. Escamilla's work on appeals takes priority over other work, time spent doing work other than preparing records on these appeals will not be an adequate ground for a further extension of time or an excuse for failing to comply with this order. *See* TEX. R. APP. P. 13.3 (stating the reporter's duties relating to proceedings in this court, the appellate court, "take preference over other work"); *id.* R. 35.3(c) ("The appellate court may enter any order necessary to ensure the timely filing of the appellate record.").

If the record in this appeal is not timely filed, a show cause order will issue directing Ms. Escamilla to appear on a day certain and show cause why she should not be held in contempt for failing to file the record and for violating this order. The clerk of this court is **ORDERED** to cause a copy of this order to be served on Ms. Escamilla by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," *id.* R. 35.3(c), we also **ORDER** the clerk of this court to serve a copy of this order on the trial court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court